IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST,<br><br>        Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and<br><br>THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO,<br><br>        Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST,<br><br>WELLS FARGO BANK, N.A.<br><br>        Garnishee. | MISC. CASE NO.  1:19-MC-00046-SAB<br><br>CRIMINAL CASE NO.  1:10-CR-00343-LJO<br><br><br>**RELATED CASE ORDER** |

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00050-SKO |
| Plaintiff, | |
| | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
| v. | |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
| Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
| Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| WILLIAM S. SLIGHTAM, and his successor, | |
| Garnishee. | |
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00051-SKO |
| Plaintiff, | |
| | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
| v. | |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
| Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
| Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| CASSANDRA NICOLE GOMEZ, KELLI GOMEZ, and DEREN PEPE, and their successors, | |
| Garnishees. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00052-SKO |
| Plaintiff, | |
| v. | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
| Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
| Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| CARLOS ANTONIO GALDAMEZ, CARLOS ANTONIO GALDAMEZ DBA CALIFORNIA DAIRY NUTRITION TECHNOLOGIES, ONEYDA GALDAMEZ, AILEEN NICOLE GALDAMEZ, and DONOVAN TERRY, and their successors, | |
| Garnishees. | |

RELATED CASE ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00053-EPG |
|         Plaintiff, | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
|         v. | |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
|         Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
|         Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| GEROLD E. ROGERS AND DAKOTA JAI ROGERS, and their successors, | |
|         Garnishees. | |
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00054-BAM |
|         Plaintiff, | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
|         v. | |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
|         Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
|         Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| SHELLEY JO HESTER, and her successor, | |
|         Garnishee. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. CASE NO. 1:19-MC-00055-BAM |
| Plaintiff, | |
| v. | CRIMINAL CASE NO. 1:10-CR-00343-LJO |
| RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST, | |
| Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and | |
| THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO, | |
| Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | |
| CLIFFORD R. WALKER JR. and VALERIE WALKER, and their successors, | |
| Garnishees. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to achieve a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 1:19-MC-00046-SAB, 1:19-MC-00050-SKO, 1:19-MC-00051-SKO, 1:19-MC-00052-SKO, 1:19-MC-00053-EPG, 1:19-MC-00054-BAM, and 1:19-MC-00055-BAM, be reassigned to Judge Lawrence J. O'Neill and Magistrate Judge Stanley A. Boone for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown, respectively, as 1:19-MC-00046-LJO-SAB, 1:19-MC-00050-LJO-

SAB, 1:19-MC-00051-LJO-SAB, 1:19-MC-00052-LJO-SAB, 1:19-MC-00053-LJO-SAB, 1:19-MC-00054-LJO-SAB, and 1:19-MC-00055-LJO-SAB.

IT IS SO ORDERED.

Dated:   __**September 3, 2019**__          _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE