IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD JOHN SALADO, THE RONALD SALADO FAMILY TRUST,<br><br>Defendant (deceased), and the Settlor and Initial Trustee of THE RONALD SALADO FAMILY TRUST, and<br><br>THE RONALD SALADO FAMILY TRUST, STEVEN SALADO, ANTONIO SALADO,<br><br>Assignees and Successor Trustees of THE RONALD SALADO FAMILY TRUST, | Case No.: 1:19-MC-00053-LJO-EPG<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT (RENT PAYMENTS)** |
| GEROLD E. ROGERS AND DAKOTA JAI ROGERS,<br>Garnishees, | |

The Court, having reviewed the court files and the United States' Application to Terminate Writ of Garnishment (Rent Payments), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the Writ of Garnishment previously issued on July 24, 2019 against defendant and judgment debtor Ronald John Salado's family trust's rent/lease payments located at 1320 Aptos Drive, Turlock, CA 95382 is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(A). The garnishees are authorized to pay their landlord the rent they have previously been withholding because of this proceeding. The Clerk of Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: __**November 19, 2019**__        __/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES CHIEF DISTRICT JUDGE

ORDER